GODOSKY & GENTILE, P.C.
Robert Godosky, Esq.
61 Broadway, 20th Floor
New York, New York 10006
Telephone: (212) 742-9700
Facsimile: (212)-742-9706
Email: reg@godoskygentile.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-4934 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Eliahu Tzfanya,<br>                      Plaintiffs,<br>vs.<br>Pfizer Inc, et al.<br>                      Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Eliahu Tzfanya, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: January 26, 2010      GODOSKY & GENTILE, P.C.

By: _____
Robert Godosky, Esq.
Attorneys for Plaintiff Eliahu Tzfanya

DATED: January 26, 2010      DLA PIPER LLP (US)

By: _____
Matthew A. Holian
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 4-5-2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE